FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

## TWELFTH COURT OF APPEALS

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/20/2015 2:35:37 PM
CATHY S. LUSK
Clerk

February 19, 2015

Ms. Reba Squyres
District Clerk
Angelina County
P. O. Box 908
Lufkin, TX 75902-0908
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00030-CR
Trial Court Case Number: 2013-0297

**Style:** Kevin Treon Jefferson
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Mr. Carey Jensen (DELIVERED VIA E-MAIL)
C Mr. Michael K. Aduddell (DELIVERED VIA E-MAIL)
:

Mandate executed on 20TH day of FEBRUARY, 2015.

Brief explanation of action taken: MANDATE FILED AND ENTERED

/S/ROBIN J. CRAIN DEPUTY DISTRICT CLERK